IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JUNIUS L. BAUGH, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 10-440 |
| RAY MABUS,<br>Secretary of the Navy, | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 25th day of March, 2011, upon consideration of the Motion for Summary Judgment filed by Defendant Ray Mabus, Secretary of the Navy ("Defendant") (Doc. No. 10), the Opposition and Cross-Motion for Summary Judgment filed by Plaintiff Junius L. Baugh ("Plaintiff") (Doc. No. 15), and Response in Support of Summary Judgment submitted by Defendant (Doc. No. 18), it is hereby **ORDERED** that:

(1) Defendant's Motion is **GRANTED**;

(2) Plaintiff's Cross-Motion is **DENIED**; and

(3) all of Plaintiff's claims against Defendant are **DISMISSED WITH PREJUDICE**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE